1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Reyes-Sanchez
7
8               UNITED STATES DISTRICT COURT
9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )   Case No. 08mj1241
                                )
12       Plaintiff,              )
                                )
13 v.                            )
                                )   **NOTICE OF APPEARANCE**
14 **ANDRES REYES-SANCHEZ,**    )
                                )
15       Defendant.              )
                                )
16
17       Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.
20                                       Respectfully submitted,
21 Dated: April 25, 2008                 *s/ Bridget Kennedy*
                                         Federal Defenders of San Diego, Inc.
22                                       *bridget_kennedy@fd.org*
23
24
25
26
27
28